UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICOLE COMPANGO | * | CIVIL ACTION NO. |
| versus | * | SECTION |
| ZURICH SERVICES CORPORATION, ACADEMY SPORTS & OUTDOORS D/B/A ACADEMY and KOHLBERG KRAVIS ROBERTS & CO LP | * * * | JUDGE MAGISTRATE JUDGE |

## NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, Zurich Services Corporation, ("Zurich"), Academy, Ltd. d/b/a Academy Sports + Outdoors, improperly named as Academy Sports + Outdoors d/b/a Academy ("Academy"),[1] and Kohlberg Kravis Roberts & CO. LP ("KKR") hereby give notice of the removal of this action from the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana to the United States District Court for the Eastern District of Louisiana. In support of this Notice of Removal, Defendants submit the following:

---

[1] Academy reserves all rights to challenge that it was not properly named in the Petition.

1.

Plaintiff, Nicole Compango, filed suit against Defendants on August 26, 2011, in the Twenty-Fourth Judicial District Court for the Parish of Jefferson, Louisiana. The case was styled "*Nicole Compango v. Zurich Services Corporation, Academy Outdoors & Sports, d/b/a Academy and Kohlberg Kravis Roberts & CO LP,*" Civil Action No. 705-520, Division "M." *See* Petition, attached as Exhibit 1.

2.

According to the record of the 24th Judicial District Court, Zurich and Academy were served with process through their alleged registered agents for service of process on September 1, 2011, *See* Service of Process Transmittal and Citation, Exhibit 2.[2] Long-armed service was requested on KKR in the service instructions at the time suit was filed. *See* Exhibit 1, page 4. Although there is nothing in the record to indicate that service was effectuated on KKR, it received the suit papers, via certified mail, on September 28, 2011. Defendants' notice of removal of this action is timely under 28 U.S.C. § 1446(b) because it is filed within thirty days from the alleged receipt of service through the registered agents of Zurich and Academy, and within thirty days of long armed service on KKR.

This Court has original subject matter jurisdiction of this action under 28 U.S.C. § 1332, as the parties are of diverse citizenship, and removal jurisdiction under 28 U.S.C. § 1441(a), and upon information and belief the amount in controversy exceeds $75,000.

---

[2] Zurich, Academy, and KKR reserve all rights to challenge service.

3.

Pursuant to 28 U.S.C. § 1332, there is complete diversity of citizenship in this matter as Plaintiff, Nicole Compango, is alleged to be a citizen of the state of Louisiana, and Zurich is a an insurance company organized under the laws of the state of Illinois, which has its principal place of business at 1400 American Lane, Schaumberg, Illinois; Academy is a Texas limited partnership. The partners of Academy are Academy Managing Co., LLC, a Texas limited liability company and Associated Investors, LLC, a Texas limited liability company. New Academy Holding Company, LLC, a Delaware limited liability company, is the sole member of Academy Managing Co., LLC and Associated Investors, LLC. The members of New Academy Holding Company, LLC are David E. Gochman, Molly Gochman Grantor Trust, Gochman Descendants' Trust No.1 FBO Molly Gochman, Allstar Managers LLC, and Allstar LLC, none of whom are citizens of Louisiana. KKR was fraudulently joined as a defendant as it had no operational control over Academy as set forth in greater detail in the attached Declaration of its General Counsel, David Sorkin, which is attached as Exhibit 3. Notwithstanding the fraudulent joinder, KKR is a Delaware partnership, whose headquarters is located in New York. None of the partners of KKR, or their constituent entities, are citizens of the State of Louisiana.[3]

4.

Pursuant to 28 U.S.C. § 1332, the amount in controversy in this matter exceeds $75,000. Nicole Compango asserts in her Petition for Damages that "a ladder fell crushing her right hand and fracturing her fifth ring finger." She further alleges that she "suffered severe personal injuries and damages including but not limited to, A) Fracture to her right fifth finger; B)

---

[3] KKR reserves all rights to move for a dismissal.

Sprained and strained muscles, tendons, and ligaments of the body; C) Injuries to right fingers, hand, arm and shoulder" and "itemizes her damages as follows: A) Physical pain and suffering past, present, and future; B) Mental pain, anguish, and distress past, present and, future; C) Loss of enjoyment of life past, present, and future; D) Permanent disfigurement; and E) Medical expenses past, present, and future." *See* Exhibit 1 at ¶4, ¶8, and ¶9. Undersigned counsel was, moreover, advised by plaintiff's prior counsel that plaintiff may well undergo surgery as the result of her alleged injuries.

5.

Venue in this Court is provided by 28 U.S.C. § 1441(a), as the Eastern District of Louisiana embraces the Parish of Jefferson where the suit originally was filed.

6.

In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being delivered to all parties individually or through their counsel of record. Additionally, a copy of the Notice of Removal will be filed with the Clerk of Court for the Twenty-Fourth Judicial District Court for Jefferson Parish, State of Louisiana. *See* 28 U.S.C. § 1446(d).

7.

A List of Parties and Pleadings will be filed with this Notice of Removal pursuant to 28 U.S.C. § 1447(b).

8.

Zurich, Academy, and KKR all seek, consent and join in the removal of this matter from the Twenty-Fourth Judicial District Court for the Parish of Jefferson to this Court.

WHEREFORE, Defendants, Zurich Services Corporation, Academy, Ltd. d/b/a Academy Sports + Outdoors, and Kohlberg Kravis Roberts & CO LP, pray that the above-numbered and entitled state court action in the Twenty-Fourth Judicial District Court for Jefferson Parish, State of Louisiana be removed to the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1441.

Respectfully Submitted,

s/ James M. Garner
JAMES M. GARNER #19589
DEBRA J. FISCHMAN #5578
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**Attorneys for Zurich Services Corporation, Academy, Ltd. d/b/a Academy Sports + Outdoors (improperly named as Academy Sports + Outdoors d/b/a Academy), and Kohlberg Kravis Roberts & CO. LP**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on plaintiff by email, facsimile, and/or depositing same in the United States mail, properly addressed and postage prepaid, this 30th day of September, 2011.

s/James M. Garner